# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROSEMARIE ALMIRANEZ GAN,<br><br>　　　　　Defendant. | No. 13-CR-00159-LHK (HRL)<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for June 19, 2013, at 9:30 a.m. is hereby rescheduled for August 21, 2013, at 9:30 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between June 19 and August 21, 2013, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

Dated:　6/11/13

_Lucy H. Koh_
The Hon. Lucy H. Koh
United States District Judge